NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CURTIS S. CRUMBLEY,                      )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D19-606
                                         )
RODNEY DEON CRUMBLEY,                     )
                                         )
          Appellee.                      )
_____ )

Opinion filed June 5, 2019.

Appeal from the Circuit Court for Pinellas
County; Cynthia J. Newton, Judge.

Curtis S. Crumbley, pro se.

No appearance for Appellee.


PER CURIAM.


          Affirmed.  See Fla. R. App. P. 9.315(a).


VILLANTI, LUCAS, and SALARIO, JJ., Concur.